UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 04-80995-CIV-HURLEY/HOPKINS

ARNOLD I. ANISMAN,

        Plaintiff,

v.

JOHN W. SNOW, SECRETARY
OF THE DEPARTMENT OF THE
TREASURY, ALBERTO GONZALEZ,
ATTORNEY GENERAL, and R. ALEXANDER
ACOSTA, UNITED STATES ATTORNEY,

        Defendant.
_____/



FILED by _____ D.C.
OCT - 5 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING DEFENDANTS' MOTION TO REQUIRE PLAINTIFF TO PROPERLY SERVE DEFENDANTS' COUNSEL WITH COPIES OF PLEADINGS

**THIS CAUSE** came before the Court upon Defendants John W. Snow, Secretary of the Department of the Treasury, Alberto Gonzalez, Attorney General, and R. Alexander Acosta, United States Attorney for the Southern District of Florida, motion to require plaintiff to properly serve defendants' counsel with copies of all future pleadings filed in this case. The Court having read and considered the Motion and considered Plaintiff response, and being otherwise fully informed in the matter, hereby **GRANTS** the Defendants' motion. [DE #___, filed October 2, 2006]

    Plaintiff is ordered to comply with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Souther District of Florida in the course of this litigation. In particular, plaintiff will serve copies of all future pleadings upon the assigned Assistant United States Attorney in accordance with the Federal Rules of Civil Procedure at the Local Rules of the

United States District Court for the Southern District of Florida.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 4th day of October, 2006.

_____
DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

Copies: Marilyn Koonce Lindsey, AUSA
        Mary Catherine Bonner, Esq.
        William Norris, Esq.